Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Florida**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Extreme Profits Inc., a Florida Corporation, dba X-Stream Power Washing and Cleaning Services** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 5 – 5 4 7 7 9 7 5 | |
| 4. Debtor's address | **Principal place of business**<br><br>5030 5TH AVE, # 16<br>Number    Street<br><br>Key West, FL 33040<br>City                State   ZIP Code<br><br>Monroe<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>City                State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City                State   ZIP Code |
| 5. Debtor's website (URL) | xstreampowerwashing.com | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor **Extreme Profits Inc., a Florida Corporation, dba X-Stream Power Washing and Cleaning Services**      Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**1  7  9  0**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
    District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
    District _____ When _____
                              MM / DD / YYYY
    Case number, if known _____

Debtor  **Extreme Profits Inc., a Florida Corporation, dba X-Stream Power Washing and Cleaning Services**  Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number   Street<br>_____<br>City            State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99           ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999        ☐ 10,001-25,000                     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor  **Extreme Profits Inc., a Florida Corporation, dba X-Stream Power Washing and Cleaning Services**            Case number *(if known)* _____
Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/17/2025**
         MM/ DD/ YYYY

X  **/s/ Lubos Scepka**                                              **Lubos Scepka**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Kevin C Gleason**            Date  **05/17/2025**
Signature of attorney for debtor                 MM/ DD/ YYYY

**Kevin C Gleason**
Printed name

**Florida Bankruptcy Group, LLC**
Firm name

**4121 N 31 Ave**
Number     Street

**Hollywood**                    **FL**        **33021**
City                          State       ZIP Code

**(954) 893-7670**                **bankruptcylawyer@aol.com**
Contact phone                   Email address

**369500**                      **FL**
Bar number                      State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                          $567,503.00
   b. Total debts (including debts listed in 2.c., below)                   $1,124,798.40
   c. Debt securities held by more than 500 holders

                                                                            Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   _____   _____
   secured ☐   unsecured ☐   subordinated ☐   _____   _____
   secured ☐   unsecured ☐   subordinated ☐   _____   _____
   secured ☐   unsecured ☐   subordinated ☐   _____   _____
   secured ☐   unsecured ☐   subordinated ☐   _____   _____

   d. Number of shares of preferred stock                                   _____
   e. Number of shares common stock                                         _____

   Comments, if any: _____

3. Brief description of debtor's business _____

   Pressure washing and cleaning

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Lubos Scepka

**Ershowsky Verstandig PLLC**
Joseph S. Jacobs, Esq.
290 Central Avenue, Suite 109
Lawrence, NY 11559

**Ally Financial Payment Processing**
POB 71119
Charlotte, NC 28272

**American Express**
POB 96001
El Paso, TX 79996

**American Express Blue Business**
POB 6031
Carol Stream, IL 60197

**American Express Business Gold**
POB 6031
Carol Stream, IL 60197

**American Express Business Platinum**
POB 6031
Carol Stream, IL 60197

**Ariel Bouskila, Esq**
1545 U.S. 202 101
Pomona, NY 10970

**CT Corporation System**
28 Liberty Street
New York, NY 10005

**CT Corporation System**
1200 South Pine Island Road
Plantation, FL 33324

**Flagler Condo Assoc II**
3255 Flagler Ave #303
Key West, FL 33040

**Freyja Financial Group**
33 SW 2nd Ave PH2
Miami, FL 33131

**GM Financial**
POB 650595
Dallas, TX 75265

**Internal Revenue Service**
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

**Legend Advanced Funding II, LLC**
800 Brickell Ave Suite 902
Miami, FL 33131

**Lubos Scepka**
5030 5th Avenue, # 16
Key West, FL 33040

**Lubos Scepka**
5030 5th Avenue, # 16
Key West, FL 33040

**Michael C Petrycki**
800 Brickell Avenue, # 902
Miami, FL 33131

**MNR Capital Group, LLC**
418 Broadway, # 7007
Albany, NY 12207

**MNR Capital Group, LLC, a Florida LLC**
7901 4TH ST N STE 300
Saint Petersburg, FL 33702

**MNR Capital Group, LLC., a Florida LLC**
c/o REGISTERED AGENTS INC.
7901 4TH ST N STE 300
Saint Petersburg, FL 33702

**On Deck Capital**
4700 W Daybreak Pkwy, Suite 200
South Jordan, UT 84009

**On Deck Capital, Inc., a Florida Corporation**
1400 Broadway, 22nd Floor
New York, NY 10018

**On Deck Capital, Inc., a Florida Corporation**
175 W Jackson Blvd, # 600
Chicago, IL 60604

**Orange Advance LLC**
311 Boulevard of the Americas, # 208
Lakewood, NJ 08701

**Orange Advance LLC, a New York LLC**
28 Liberty Street
New York, NY 10005

**Palm Beach Funding, LLC**
1274 49th ST PMB #665
Brooklyn, NY 11219

**Palm Beach Funding, LLC., a Florida LLC**
9825 Marina Blvd., # 100
Boca Raton, FL 33428

**Palm Beach Funding, LLC., a Florida LLC**
22972 Old Inlet Bridge Drive
Boca Raton, FL 33433

**Palm Beach Funding, LLC., a Florida LLC**
c/o Sean Mcauliffe
9825 Marina Blvd, # 101
Boca Raton, FL 33428

**Pay Pal Business Loan**
PO Box 45950
Omaha, NE 68145-0950

**Pay Pal Business Loan**
Swift Financial, LLC
3505 Silverside Rd
Wilmington, DE 19810

**Pay Pal Business Loan**
2211 N 1st St
San Jose, CA 95131

**Pay Pal Inc., a Foreign Profit Corporation**
c/o Corporate Legal Department
2211 North First Street
San Jose, CA 95131

**Spanish Gardens Holdings, LLC**
31 Cypress Avenue
Key West, FL 33040

**Stephen C Breuer**
6501 CONGRESS AVENUE, # 240
Boca Raton, FL 33487

**Wells Fargo SBL**
PO Box 29482
Phoenix, AZ 85038-8650

**X Capital**
100 Cedarhurst Ave Suite #200
Cedarhurst, NY 11516

**X Capital Mortgage Inc, a Florida corporation**
4760 S Pecos Rd., # 103
Las Vegas, NV 89121

**X Capital Mortgage Inc, a Florida Corporation**
11 1/2 E Main Street
Los Gatos, CA 95030

**X Capital Mortgage Inc., a Florida Corporation**
c/o NRAI SERVICES, INC
1200 South Pine Island Road
Plantation, FL 33324